UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBO-BRADLEY, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 20 - cv - 00136 |
| | ) |
| | ) **NOTICE OF MOTION** |
| | ) **FOR REMAND** |
| | ) |
| | ) |
| | ) |
| CITY OF NIAGARA FALLS et al. | ) |
| | ) |
| Defendants. | ) |

    PLEASE TAKE NOTICE that, upon the annexed affidavit of Steven J. Phillips, Esq., sworn to on the 16th day of March 2020, and the exhibits attached thereto, the Memorandum of Law submitted herewith, the anticipated Reply Memorandum of Law and upon all the pleadings and proceedings herein, the undersigned will move this Court, before the Honorable Jeremiah J. McCarthy United States Magistrate Judge, at the United Stated Courthouse, 2 Niagara Square, Buffalo, New York, on May 28, 2020, at 2:00 pm, or as soon thereafter as counsel can be heard, for an Order remanding this case, and all associated cases, to the New York State Supreme Court, County of Niagara, granting reasonable attorneys' fees and costs in connection with the preparation of this motion, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       March 16, 2020

                                                PHILLIPS & PAOLICELLI, LLP

                                                By   /s/ Melissa L. Stewart
                                                        Steven J. Phillips
                                                        Melissa Stewart
                                                        *Attorneys for Plaintiffs*
                                                        747 Third Avenue, 6th Floor
                                                        New York, New York
                                                        (212) 388-5100

{00050576}

WATERS & KRAUS, LLP
Peter A. Kraus
Charles S. Siegel
Leslie C. MacLean
*Attorneys for Plaintiffs*
3141 Hood Street, Ste. 700
Dallas, Texas 75219
(214) 357-6244

FANIZZI AND BARR, P.C.
Andrew D. Fanizzi
Paul K. Barr
*Attorneys for Plaintiffs*
2303 Pine Avenue
Niagara Falls, New York 14301

{00050576}