UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOANN ABBO-BRADLEY, *et al.*,

        Plaintiffs,

   v.

CITY OF NIAGARA FALLS, *et al.*

        Defendants.
_____

Case No. 1:20-cv-00136-FPG-JJM

# CONTINUATION OF EXHIBITS TO AFFIDAVIT OF KEVIN M. HOGAN, ESQ.