UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOANN ABBO-BRADLEY, et al.,

        Plaintiffs,                              Civil Action No.

        v.                                     20-cv-136-FPG-JJM

CITY OF NIAGARA FALLS, et al.,

        Defendants.
_____

## NOTICE OF APPEAL

Notice is hereby given that Defendants Occidental Chemical Corporation, Glenn Springs Holdings, Inc., Miller Springs Remediation Management, Inc., City of Niagara Falls, Niagara Falls Water Board, Conestoga-Rovers & Associates, CECOS International Inc., OP-Tech Environmental Services, Inc., Roy's Plumbing, Inc., Scott Lawn Yard, Inc., and Sevenson Environmental Services, Inc. hereby appeal to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. §§ 1291, 1442, 1447(d), from the final order of the district court remanding the above-captioned action to the Supreme Court of New York, Niagara County, entered in this action on January 25, 2021.

Dated:  New York, New York
           February 8, 2021

DECHERT LLP

By: /s/   Douglas E. Fleming III
      Douglas E. Fleming III
      Sheila L. Birnbaum
      Lincoln Davis Wilson
Attorneys for Defendants
*Occidental Chemical Corporation, Glenn Springs Holdings, Inc., and Miller Springs Remediation Management, Inc.*
Three Bryant Park

1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
sheila.birnbaum@dechert.com
douglas.fleming@ dechert.com
lincoln.wilson@ dechert.com

PHILLIPS LYTLE LLP
Kevin M. Hogan
Andrew P. Devine
Sam Williams
One Canalside
125 Main Street
Buffalo, New York  14203-2887
Telephone No. (716) 847-8400
khogan@phillipslytle.com
adevine@phillipslytle.com
swilliams@phillipslytle.com

NIAGARA FALLS
CORPORATION COUNSEL

By:  /s/ Thomas DeBoy
        Thomas DeBoy
Attorneys for Defendant
*City of Niagara Falls*
City Hall, 745 Main Street, PO Box 69
Niagara Falls, New York 14302-0069
Telephone: (716) 286-4409
Thomas.DeBoy@niagarafallsny.gov

HODGSON RUSS LLP


By:  /s/ Jeffrey C. Stravino
        Jeffrey C. Stravino
Attorneys for Defendant
*Conestoga-Rovers & Associates*
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
jstravino@hodgsonruss.com

GREENBERG TRAURIG, LLP


By:  /s/ Zackary D. Knaub
        Steven C. Russo
        Zackary D. Knaub
Attorneys for Defendant
*CECOS International, Inc.*
Metlife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-2155
russos@gtlaw.com
knaubz@gtlaw.com

RUPP BAASE PFALZGRAF CUNNINGHAM LLC

By:  /s/ Jeffrey F. Baase
        Jeffrey F. Baase
        Cory J. Weber
Attorneys for Defendant
*Niagara Falls Water Board*
1600 Liberty Building
Buffalo, New York 14202
Telephone: (716) 854-3400
baase@ruppbaase.com
weber@ruppbaase.com

- 3 -

| | |
|---|---|
| PILLINGER MILLER TARALLO LLP | HURWITZ & FINE, P.C. |
| By: /s/ Jeffrey D. Schulman | By: /s/ Agnieszka A. Wilewicz |
|     Jeffrey D. Schulman |     David R. Adams |
|     Maria Mastriano |     Agnieszka A. Wilewicz |
| Attorneys for Defendant |     Patty A. Rauh |
| *OP-Tech Environmental Services, Inc.* | Attorneys for Defendant |
| 126 North Salina Street, Suite 215 | *Sevenson Environmental Services* |
| Syracuse, New York 13202 | 1300 Liberty Building |
| Telephone: (914) 703-6300 | Buffalo, New York 14202 |
| jschulman@pmtlawfirm.com | Telephone: (716) 849-8900 |
| mmastriani@pmtlawfirm.com | dra@hurwitzfine.com |
| | aaw@hurwitzfine.com |
| | par@hurwitzfine.com |
| THE KNOER GROUP PLLC | SUGARMAN LAW FIRM, LLP |
| By: /s/ Alice J. Cunningham | By: /s/ Brian Sutter |
|     Robert E. Knoer |     Brian Sutter |
|     Alice J. Cunningham | Attorneys for Defendant |
| Attorneys for Defendant | *Scott Lawn Yard, Inc.* |
| *Roy's Plumbing, Inc.* | 1600 Rand Building |
| 424 Main Street, Suite 1820 | 14 Lafayette Square |
| Buffalo, New York 14202 | Buffalo, New York 14203 |
| Telephone: (716) 332-0032 | Telephone: (716) 847-2523 |
| rknoer@knoergroup.com | bsutter@sugarmanlaw.com |
| acunningham@knoergroup.com | |